UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In Re:                                                             :
                                                                   :  Chapter 11
JACOM COMPUTER SERVICES, INC.,                                     :  Lead Case No. 00-42719 (CB)
UNICAPITAL CORPORATION, *et al.*,                                  :
                                                                   :  Case Nos. 00-42719 (CB) through
                       Debtors.                        :  00-42837 (CB) and 01-11617 (CB)
                                                                   :
                                                                   :  (Jointly Administered)
                                                                   :
-------------------------------------------------------------  x

## CLOSING REPORT IN CHAPTER 11 CASES

To the best of my knowledge and belief, the following is a breakdown in these jointly administered chapter 11 cases:

FEES AND EXPENSES (from case inception):

$4,945,286.80  FEE for ATTORNEY for DEBTORS

$7,999,002.41  OTHER PROFESSIONAL FEES and ALL EXPENSES

---

    N/A     TRUSTEE FEE (if applicable)

    N/A     FEE FOR ATTORNEY for TRUSTEE (if applicable)

---

    8     % DIVIDEND PAID/TO BE PAID

    0     FUTURE DIVIDENDS (check if % of future dividend
                            under plan not yet determinable)

STEPS TAKEN TO CONSUMMATE PLAN:

    X     Initial distribution under the plan completed
    X     Other: (explain) - *Subsequent distribution to unsecured creditors completed. Ownership of Reorganized Debtors transferred to Agent as provided by plan.*

Dated: December 6, 2006

APPLICANTS:

UNICAPITAL LIQUIDATING TRUST, as
successor Disbursing Agent to UniCapital Corporation

By: _____
   Richard Cannon, Liquidating Trustee


JACOM COMPUTER SERVICES, INC.

By: _____
   Richard Cannon, Vice President

2